UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM B. WASHINGTON,<br><br>        Petitioner,<br><br>        v.<br><br>JOHN N. KATAVICH, Warden,<br><br>        Respondent. | Case No. EDCV 15-0048-JVS (JPR)<br><br>**J U D G M E N T** |

    Under the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

    IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: July 7, 2016

                                  JAMES V. SELNA
                                  U.S. DISTRICT JUDGE